UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB 16 AM 7:59

LORETTA G. WHYTE
CLERK

DARRYL CROCKETT #100741

CIVIL ACTION

VERSUS

NO. 05-1523

N. BURL CAIN, WARDEN

SECTION "S" (6)

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, IT IS ORDERED that the petition of Darryl Crockett for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, be, and the same is hereby DISMISSED WITHOUT PREJUDICE per agreement of the parties.

New Orleans, Louisiana, this 15 day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
 X  Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____